1  LYNN HUBBARD III, SBN 69773
2  **LAW OFFICES OF LYNN HUBBARD**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com
5

6  Attorney for Plaintiff

7  BRENDAN M. BROWNFIELD, SBN 266114
   **BURNHAM BROWN**
8  1901 Harrison Street, 14th Floor
   Oakland, CA  94612
9  Telephone: (510) 444-6800
   Facsimile: (510) 835-6666
10 Email:  bbrownfield@burnhambrown.com

11 Attorney for Defendant Nor Cal Foods, LLC

12

13

14
                THE UNITED STATES DISTRICT COURT
15
             FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17 BRENDA PICKERN,            )   Case No. 2:13-cv-01872-JAM-CMK
                              )
18                            )
                              )
19      Plaintiff,            )   **JOINT STIPULATION FOR**
                              )   **DISMISSAL and ORDER**
20      vs.                   )   **THEREON**
                              )
21                            )
                              )
22 NOR CAL FOODS, LLC dba     )
   DENNY'S #7727,             )
23                            )
                              )
24      Defendant.            )
                              )
25 _____

26

27

28

*Pickern v. Nor Cal Foods, LLC*                    **C**ase No. 2:13-cv-01872-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon

Page 1

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, Brenda Pickern, and defendant, Nor Cal Foods, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  October 29, 2014    LAW OFFICES OF LYNN HUBBARD

      /s/   Lynn Hubbard                       /
    LYNN HUBBARD III
    Attorney for Plaintiff

Dated:  October 29, 2014    BURNHAM BROWN

      /s/   Brendan M. Brownfield       /
    BRENDAN M. BROWNFIELD
    Attorney for Defendant Nor Cal Foods, LLC

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-01872-JAM-CMK, is dismissed with prejudice in its entirety.

Dated: 10/29/2014

    /s/ John A. Mendez_____
    United States District Court Judge